UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
ROSTAM MALEKZADEH,            )
                              )
       Plaintiff              )
                              )
v.                            )    No. 3:12-0928
                              )    Judge Sharp/Bryant
NASHVILLE SYMPHONY,           )
                              )
       Defendant              )
```

**O R D E R**

On September 26, 2013, the undersigned Magistrate Judge conducted a final pretrial conference in this case. Plaintiff Malekzadeh appeared *pro se* and Mr. Frazier and Ms. Patrick appeared as counsel for Defendant.

In response to a question from the court, Plaintiff Malekzadeh stated that he had attempted to employ a lawyer to represent him, but so far has been unsuccessful in doing so. The undersigned strongly recommended that Plaintiff Malekzadeh obtain legal counsel if he is able to do so.

Defendant has filed its witness list and exhibit list, and Plaintiff Malekzadeh has included a list of witnesses in his motion to extend pretrial conference (Docket Entry No. 29).

Counsel for Defendant inquired about the status of the pending motion for summary judgment (Docket Entry No. 19), and the undersigned Magistrate Judge stated that this motion is currently under consideration by the court. Defense counsel also reported that an important witness for the Defendant is scheduled to be out of town on the current trial date of October 29, 2013, and counsel inquired about the possibility of obtaining a short continuance of the trial date. The undersigned stated that any motion for

continuance of the trial date would be considered by the District Judge.

Following further discussions, Plaintiff Malekzadeh stated that he would join in a motion for a short continuance of the trial date as a delay may give him a better opportunity to obtain legal counsel to represent him in his case.

The undersigned advised the parties that if they decide to seek a continuance of the trial date, they would need to file a motion for such relief addressed to the District Judge.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge